## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAYED ELMARAKBY

    Vs.

WYETH PHARMACEUTICALS

CIVIL ACTION NO.
09-1784

**FILED**

AUG 1 0 2009

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### MOTION

The plaintiff is respectfully requesting the Honorable Court to appoint an attorney on his behalf to guide him throughout the court proceedings. The plaintiff is respectfully requesting the lawyer selected by the Honorable Court to be practicing in the areas of Discrimination/Title VII/ Employment law/Wrongful Termination as expertise in these areas of the law is directly pertaining to the plaintiff's legal complaint filed with the court.

Respectfully Submitted,

Sayed Elmarakby
4 Sheffield Way
Newtown, PA 18940

August 10, 2009