## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| SAYED ELMARAKBY, | : | |
| Plaintiff, | : | |
| v. | : | No. 09-1784 (RBS) |
| WYETH PHARMACEUTICALS, ROBERT RUFFOLO, JR., JOANN SCATINA, THERESA HULTIN, and APPAVU CHANDRASEKARAN, | : | |
| Defendants. | : | |

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Wyeth Pharmaceuticals ("Wyeth"), Robert Ruffolo, Jr., Joann Scatina, Theresa Hultin and Appavu Chandrasekaran (collectively, the "Individual Defendants") (together with Wyeth, "Defendants"), by their undersigned counsel, hereby move to dismiss the Amended Complaint of Plaintiff Sayed Elmarakby ("Plaintiff"). In support of this Motion, Defendants aver as follows:

1. On January 7, 2008, Plaintiff filed a charge against Wyeth with the U.S. Equal Employment Opportunity Commission ("EEOC") alleging national origin discrimination and retaliation.

2. On January 30, 2009, the EEOC dismissed Plaintiff's charge and notified him of his right to file suit within 90 days.

3. On April 27, 2009, Plaintiff filed a *pro se* complaint against Wyeth in this Court. A summons was issued but Plaintiff never served Wyeth.

4.      On August 10, 2009, Plaintiff filed an Amended Complaint, adding the Individual Defendants as parties.

5.      The Amended Complaint asserts claims against Wyeth for "tortious breach of employment agreement," national origin discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., and intentional or negligent infliction of emotional distress.  Plaintiff also asserts a claim for civil conspiracy against Wyeth and the Individual Defendants.  The Amended Complaint was served upon Wyeth on behalf of all Defendants on August 19, 2009.

6.      Defendants now move to dismiss the Amended Complaint in its entirety on the grounds that Plaintiff fails to state a plausible claim for relief against any Defendant.  His breach of contract/wrongful termination claim fails because Plaintiff fails to allege any factual allegations to support a conclusion that he was party to an employment contract and he pleads no basis for any of the limited public policy exceptions to the at-will employment rule.  His Title VII claims fail because they are not timely and, even if they are, Plaintiff alleges no facts that would give rise to an inference of discrimination.  His emotional distress claims fail because they are barred by the Pennsylvania Worker's Compensation Act, 77 Pa. Stat. § 481(a), and are otherwise deficient as a matter of law.  Finally, his conspiracy claim fails because, *inter alia*, a corporation cannot conspire with its own employees.

WHEREFORE, for the foregoing reasons and those set forth in the accompanying Memorandum of Law, Defendants respectfully request that this Court grant the instant Motion

and enter the attached Order dismissing the Amended Complaint in its entirety.

Dated:  September 8, 2009

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: _____

William J. Delany (Id. No. 74864)
Erica E. Flores (Id. No. 210284)
1701 Market Street
Philadelphia, PA  19103
Tel:  (215) 963-5000
Fax:  (215) 963-5001
wdelany@morganlewis.com
eflores@morganlewis.com

*Attorneys for Defendants*

3

## CERTIFICATE OF SERVICE

I, Erica E. Flores, hereby certify that on this 8th day of September, 2009, true and correct copies of Defendants Wyeth Pharmaceuticals, Robert Ruffolo, Jr., Joann Scatina, Theresa Hultin and Appavu Chandrasekaran's Motion to Dismiss Plaintiff's Amended Complaint, Memorandum of Law and all Exhibits thereto, and a Proposed Order were served upon the following by overnight delivery and by electronic filing with the Clerk of the United States District Court for the Eastern District of Pennyslvania, and are available for viewing and downloading from the ECF system:

Sayed Elmarakby
4 Sheffield Way
Newtown, PA  18940

*Pro Se*

_____
Erica E. Flores