IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SAYED ELMARAKBY                              :
                                             :        CIVIL ACTION
         v.                                  :
                                             :        No. 09-1784
WYETH PHARMACEUTICALS                        :


**ORDER**

AND NOW, this    15th    day of   December   , 2009, it is ORDERED that the Clerk of

Court remove this case from civil suspense.  It is further ORDERED that Plaintiff file a response

to Defendants' Motion To Dismiss Plaintiff's Amended Complaint on or before January 25,

2010.[1]  Failure of Plaintiff to comply with this Order will result in the granting of Defendants'

motion as uncontested.[2]

         IT IS SO ORDERED.

                                             BY THE COURT:


                                             _____

                                             R. Barclay Surrick, J.


----

[1]  In response to Plaintiff's request for the appointment of counsel, an Order was entered on September 9, 2009 directing the Clerk of Court to attempt to find counsel to represent Plaintiff.  The Clerk has advised that three attorneys were requested to review this matter.  Two of these attorneys declined to represent Plaintiff.  The Plaintiff rejected the third attorney.  Under the circumstances, Plaintiff must either retain private counsel or proceed pro se.

[2]  See Local rule of Civil Procedure 7.1(c).