IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| SAYED ELMARAKBY | : | |
| | : | CIVIL ACTION |
| v | : | NO. 09-1784 |
| | : | |
| WYETH PHARMACEUTICALS | : | |


## ORDER

**AND  NOW**, this   20th   day of   January   , 2010, upon consideration of

pro se Plaintiff's Motion For Extension Of Time To Respond To Defendants' Motion To

Dismiss Plaintiff's Amended Complaint, it is **ORDERED** that the Motion is **GRANTED**.

Plaintiff shall file a response to the Motion to Dismiss no later than February 22, 2010.  Failure

of Plaintiff to comply with the Order will result in the granting of Defendants' Motion as

uncontested.  No further extensions of time will be granted.

**AND IT IS SO ORDERED.**

BY THE COURT:

_____

R. Barclay Surrick, J.