IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAYED ELMARAKBY,                        :        CIVIL ACTION
                    Plaintiff,          :
                                        :        No.  09-CV-1784
          v.                            :
                                        :
WYETH PHARMACEUTICALS, INC:      HON. ROBERT B. SURRICK
DR. ROBERT RUFFOLO, JR.,                :
APPAVU CHANDRASEKARAN,                  :
JOANN SCATINA and                       :
VIKRAM PATEL                            :
                    Defendants:  JURY TRIAL DEMANDED

**ORDER**

    **AND NOW,** this        day of_____, 2010, upon consideration of Plaintiff's

Motion for Leave to File a Second Amended Complaint, it is hereby ORDERED and DECREED

that said Motion is GRANTED.  Plaintiff is granted leave to file a Second Amended Complaint in

this case in the form attached to Plaintiff's Motion as Exhibit A.

                                        BY THE COURT:


                                        _____
                                        Barclay R. Surrick, U.S.D.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAYED ELMARAKBY,                    :        CIVIL ACTION
                    Plaintiff,      :
                                    :        No.  09-CV-1784
            vi.                     :
                                    :
WYETH PHARMACEUTICALS, INC          :        HON. ROBERT B. SURRICK
DR. ROBERT RUFFOLO, JR.,            :
APPAVU CHANDRASEKARAN,              :
JOANN SCATINA and                   :
VIKRAM PATEL                        :
                    Defendants  :        JURY TRIAL DEMANDED


**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Plaintiff hereby moves this Honorable Court for Leave to File a Second Amended

Complaint in the form attached hereto as Exhibit "A" to remove certain counts that have been

objected to by Defendants, to clarify Plaintiff's claims under Title VII, and to add claims under

the Pennsylvania Human Relations Act that were not ripe at the time Plaintiff files his initial

Complaint. Reliance is placed upon the facts and legal argument in the attached Memorandum of

Law.

                                    Respectfully submitted,

                                    HAHALIS & KOUNOUPIS, P.C.

                                    By:___gsk5697_____
                                       George S. Kounoupis, Esquire
                                       20 E. Broad Street
                                       Bethlehem, PA  18018
                                       (610) 865-2608
                                       Attorney for Plaintiff

Date:  April 26, 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAYED ELMARAKBY,                    :        CIVIL ACTION
                    Plaintiff,      :
                                    :        No.  09-CV-1784
        vii.                        :
                                    :
WYETH PHARMACEUTICALS, INC:    HON. ROBERT B. SURRICK
DR. ROBERT RUFFOLO, JR.,            :
APPAVU CHANDRASEKARAN,              :
JOANN SCATINA and                   :
VIKRAM PATEL                        :
                    Defendants  :        JURY TRIAL DEMANDED


**INTRODUCTION**

Plaintiff has filed this *pro se* action under Title VII of the Civil Rights Acts of 1964 and 1991, as amended, and based upon certain causes of action under Pennsylvania Common law.  The undersigned was retained by Plaintiff on or about March 17, 2010.  Upon review of the Complaint, Amended Complaint, and the Motion to Dismiss currently pending before the Court, the undersigned determined that the Pennsylvania common law claims should be withdrawn.  However, Plaintiff had also filed a Complaint of Discrimination with the Pennsylvania Human Relations Commission, the claims under which were not specifically and separately plead by Plaintiff in his *pro se* filings.  Plaintiff is therefore seeking leave to file a Second Amended Complaint in the form attached hereto as Exhibit A.  Defendants' consent has been sought and refused.

Federal Rule of Civil Procedure 15 provides for liberal leave to amend a complaint.  Leave to amend shall be given freely when justice so requires.  Forman v. Davis, 371 U.S. 178 (1962).  Granting of the motion to amend is consistent with the spirit of the Federal Rules.  Zenith Radio v.

Hazeltine Research, Inc., 401 U.S. 321 (1971); Block v. First Blood Associates, 988 F.2d 344 (2d Cir. 1993).  Where there is no prejudice, the Court will allow parties to amend their pleadings even "years" after filing of the action and even at, or on the eve of, trial.  Farias v. Bexar Country Board of Trustees for Mental Health Mental Retardation Services, 925 F.2d 866 (5th Cir. 1991).  The Court will allow an amendment of a complaint in the interest of justice, fairness and judicial economy. Island Creek Coal Company v. Lake Shore, Inc., 832 F.2d 234 (4th Cir. 1987).  Refusal to allow an amendment of a complaint is an abuse of discretion even when a case has been pending for three and one-half (3-½) years where the amendment is sought with reasonable promptness after new facts are known and no prejudice is demonstrated.  Webb v. City of Chester, 813 A.2d F24 (7th Cir. 1997).

Here, judicial resources will be conserved because Plaintiff is voluntarily withdrawing the Pennsylvania common law claims which were the subject of the Motion to Dismiss.  In addition, the attorney prepared complaint is believed to better and more completely set forth the bases for Plaintiff's claims of employment discrimination, which addresses the issues of sufficiency raised by Defendants.  Finally, Plaintiff seeks leave to add a related claim under the Pennsylvania Human Relations Act that was ommitted from the first two *pro se* filings.  Plaintiff has therefore shown proper cause for this request. Plaintiff therefore requests leave to file a Second Amended Complaint.

> Respectfully submitted,
>
> HAHALIS & KOUNOUPIS, P.C.
>
> By: gsk5697
> George S. Kounoupis, Esquire
> 20 E. Broad Street
> Bethlehem, PA  18018
> (610) 865-2608
> Attorney for Plaintiff

Date:  April 26, 2010