IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAYED ELMARAKBY,                 :       CIVIL ACTION
                    Plaintiff,   :
                                 :       No.  09-CV-1784
          v.                     :
                                 :
WYETH PHARMACEUTICALS, INC:      HON. ROBERT B. SURRICK
DR. ROBERT RUFFOLO, JR.,         :
APPAVU CHANDRASEKARAN,           :
JOANN SCATINA and                :
VIKRAM PATEL                     :
                    Defendants:  JURY TRIAL DEMANDED


PRAECIPE TO WITHDRAW FIRST MOTION TO AMEND

     Kindly withdraw the First Motion to Amend/Correct filed on April 26, 2010, document

number 16.


                                   HAHALIS & KOUNOUPIS, P.C.


                                   gsk5697_____
                                   George S. Kounoupis, Esquire
                                   20 East Broad Street
                                   Bethlehem, PA  18018
                                   (610) 865-2608


April 27, 2010