IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAYED ELMARAKABY | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-1784 |
| WYETH PHARMACEUTICALS, INC. | : | |
| ET AL. | : | |

### O R D E R

**AND NOW**, this  30th  day of  March , 2015, upon consideration of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 25)  and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **GRANTED** and Plaintiff's Complaint is **DISMISSED**.  The Clerk of the Court is directed to mark this matter closed.

   **IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**